A. C. & H. M. HALL REALTY Co., Respondent, v. TRACY A. LOWENTHAL, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

A. C. & H. M. HALL REALTY Co., Respondent, v. HOLTON H. SCOTT, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

THE CITY OF NEW YORK, Respondent, v. GLOBE INDEMNITY COMPANY and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

THE WOOLSON SPICE COMPANY, Appellant, Respondent, v. COLUMBIA TRUST COMPANY, as Executor, etc., of HERMANN SIELCKEN, Deceased, Defendant, Impleaded with THORLEIF S. B. NIELSEN, Respondent, Appellant.— Order affirmed, without costs. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE WOOLSON SPICE COMPANY, Appellant, Respondent, v. COLUMBIA TRUST COMPANY, as Executor, etc., of HERMANN SIELCKEN, Deceased, Respondent, Appellant, Impleaded with THORLEIF S. B. NIELSEN, Defendant.— Order affirmed, without costs. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE WOOLSON SPICE COMPANY, Appellant, Respondent, v. COLUMBIA TRUST COMPANY, as Executor, etc., of HERMANN SIELCKEN, Deceased, Respondent, Appellant, Impleaded with THORLEIF S. B. NIELSEN, Defendant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE WOOLSON SPICE COMPANY, Appellant, Respondent, v. COLUMBIA TRUST COMPANY, as Executor, etc., of HERMANN SIELCKEN, Deceased, Defendant, Impleaded with THORLEIF S. B. NIELSEN, Respondent, Appellant. THE WOOLSON SPICE COMPANY, Appellant, v. COLUMBIA TRUST COMPANY, as Executor, etc., of HERMANN SIELCKEN, Deceased, Respondent, Impleaded with THORLEIF S. B. NIELSEN, Defendant. THE WOOLSON SPICE COMPANY, Appellant, Respondent, v. COLUMBIA TRUST COMPANY, as Executor, etc., of HERMANN SIELCKEN, Deceased, and THORLEIF S. B. NIELSEN, Appellants, Respondents.— Appeals withdrawn on stipulation of the attorneys for all the parties herein dated April 21, 1922, and filed April 24, 1922. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

J. B. WOOD COMPANY, INC., Appellant, v. RENAW REALTY COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL HANDELMAN, Appellant, v. NATIONAL SURETY COMPANY, Respondent. — Order reversed, with ten dollars costs and disbursements and motion granted, with ten dollars costs, on condition that plaintiff within ten days from service of this order with notice of entry thereof serve an amended complaint and pay costs before notice of trial and one term fee. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GULF MERCANTILE CORPORATION, Respondent, v. VICTOR BLAGDEN and Others, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and dis-